# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**In re:**                                                 **Case Number**   11−37079−KLP
                                                            **Chapter**   13

Hazella Thornhill

Debtor(s)

### NOTICE TO DEBTOR(S) AND CREDITORS
### CONCERNING ISSUANCE OF DISCHARGE

The Trustee has filed a report of completion of plan payments. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

In order to receive a discharge, you <u>must</u>

Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1328 (form attached) as required by Local Bankruptcy Rule 4008−2(A). A copy of this form may be obtained from the Clerk's Office or via the Bankruptcy Forms button on the Court's Internet web site at <u>www.vaeb.uscourts.gov</u>. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds $125,000 in value for cases filed before April 1, 2007, $136,875 if the case was filed April 1,2007 through March 31,2010, or $146,450 if the case was filed on or after April 1, 2010, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:   April 24, 2015                                     William C. Redden , Clerk
                                                                 United States Bankruptcy Court

[ntcLBRvApril2010.jsp ver 04/01/2010]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 11-37079-KLP
Hazella Thornhill                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7        User: bullockn         Page 1 of 1         Date Rcvd: Apr 24, 2015
                            Form ID: ntc4008      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2015.
db             +Hazella Thornhill,   6361 Eagles Crest Ln.,   Chesterfield, VA 23832-6509
cr             +Nationstar Mortgage,   P O Box 829009,   Dallas, TX 75382-9009
10855210       #+Bruce W. White, PC,   7130 Glen Forest Drive,   Suite 402,   Richmond, VA 23226-3754
10917187        MCV Physicians,   P O Box 91747,   Richmond, VA 23291-1747
10810689      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
10797257       +Nation Star Mortgage,   350 Highland Drive,   Lewisville, TX 75067-4177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2015 02:03:35
                 Granite Recovery LLC c/o Recovery Management Syste,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2015 02:10:55
                 Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
10803118       +E-mail/PDF: recoverybankruptcy@afninet.com Apr 25 2015 02:03:01    Afni, Inc.,   PO Box 3667,
                 Bloomington, IL 61702-3667
10805839       +E-mail/Text: crbankruptcy@commrad.com Apr 25 2015 02:13:39     Commonwealth Radiology, PC,
                 1508 Willow Lawn Drive Ste 117,   Richmond VA 23230-3421
11026690        E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2015 02:03:19     Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
10850178        E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Apr 25 2015 02:13:30
                 Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-9617
11543349        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2015 02:11:21    Midland Funding LLC,
                 by American InfoSource LP as agent,   PO Box 4457,   Houston, TX  77210-4457
10797258       +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Apr 25 2015 02:13:03    Office of the US Trustee,
                 701 E. Broad Street,   Richmond, VA 23219-1885
11057331        E-mail/PDF: rmscedi@recoverycorp.com Apr 25 2015 02:03:35
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage, LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2015 at the address(es) listed below:
          Bruce W. White    on behalf of Debtor Hazella  Thornhill gailwhite28@gmail.com,
           brucewwhite@gmail.com;brucebwhite@gmail.com
          Hilary B. Bonial    on behalf of Creditor    Nationstar Mortgage notice@bkcylaw.com
          Melissa M. Watson Goode    on behalf of Creditor    Nationstar Mortgage, LLC pjmecf@glasserlaw.com,
           mgoode@glasserlaw.com
          Suzanne E. Wade    station08@ricva.net,  ecfsummary@ricva.net
                                                                                              TOTAL: 4